[Civil No. 1356.   Filed June 1, 1914.]

[141 Pac. 120.]

GUSSIE COLBURN, Plaintiff in Error, v. BEN X. WILLIAMS, Defendant in Error.

1. APPEAL AND ERROR—PERFECTION OF APPEAL.—Where defendant, on the overruling of a motion for a new trial, gave notice of appeal and a few days later filed a bond for costs on appeal, which was duly approved, the appeal was perfected, and the trial court lost jurisdiction of the action and could not entertain an application for a writ of error thereafter, and hence a writ of error so sued out should be dismissed.

2. APPEAL AND ERROR—DISMISSAL—ABANDONMENT.—Where defendant, who gave notice of appeal after denial of a motion for new trial, filed a bond for costs, which was duly approved, but failed to file any record in the supreme court, although the reporter's transcript was filed below within the time fixed, the appeal will be considered purposely abandoned, and will be dismissed; defendant having attempted to sue out a writ of error thereafter.

WRIT OF ERROR from the Superior Court of the County of Cochise. Fred Sutter, Judge. Writ of error and appeal dismissed.

The facts are stated in the opinion.

Mr. Lyman H. Hays and Mr. J. T. Kingsbury, for Plaintiff in Error.

Mr. Frank W. Goodbody, for Defendant in Error.

PER CURIAM.—Action on note given for purchase price of lot in Willcox, Cochise county, and to foreclose mortgage security. Judgment for defendant in error, who was plaintiff below.

The judgment was entered January 17, 1913. Motion for new trial was overruled February 21, 1913, on which day defendant gave notice of appeal to this court. Bond for costs on appeal was filed and approved March 4, 1913. April 18, 1913, an order was made extending the time for preparing and filing the reporter's transcript sixty days from that date. June 17, 1913, defendant filed in the office of the clerk of the superior court of Cochise county the reporter's transcript of the evidence as part of the record on appeal. The defendant took no further steps in aid of her appeal, but on September 11, 1913, she sued out a writ of error. The record was caused to be filed in this court on October 14, 1913, in support of the writ of error. From the recital of the facts it will be seen that the appeal was perfected by giving the notice of appeal and filing the bond, and the court in which the action was pending, by reason thereof, lost jurisdiction to entertain the writ of error when, on September 11, 1913, it was attempted to be sued out. The writ of error, therefore, should be dismissed. *Landers* v. *Joerger,* 15 Ariz. 480, 140 Pac. 209.

There is no record here on appeal. The appeal evidently was purposely abandoned by defendant, and we will accordingly dismiss the appeal for want of prosecution.

It is so ordered.